# Court of Appeals
# of the State of Georgia

ATLANTA, October 17, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0394. IN RE: ESTATE OF JOHNNIE LEE SALTERS, DECEASED.**

In this probate matter, Marcus Salters challenges the order of the probate court finding the existence of a common law marriage between Denise Salters and the decedent. We, however, lack jurisdiction to consider this direct appeal.

Appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." OCGA § 5-6-34 (a) (1); See *Paine v. Nations*, 301 Ga. App. 97, 99 (1) (686 SE2d 896) (2009). Here, the trial court's order regarding the existence of a common law marriage was a non-final order that did not resolve all issues in this case, which remains pending below. Thus, Marcus was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to appeal that order. See OCGA § 5-6-34 (b); *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991). His failure to do so deprives us of jurisdiction over this direct appeal. See *Bailey*, 266 Ga. at 833.

Therefore, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 10/17/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*